Raymond E. Teague Jr #2389306
Name and Prisoner/Booking Number

Minnehaha County Jail
Place of Confinement

305 W. 4th Street
Mailing Address

Sioux falls, SD 57104
City, State, Zip Code

## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
_____ DIVISION

Raymond Ellis Teague Jr.
(Full Name of Plaintiff)

Plaintiff,

vs.

Google

_____,

_____,

(Full Name of Each Defendant)

Defendants.

Google

Case No. 4:25-cv-4248
(To be supplied by the Clerk)

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   a. ☑ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
   b. ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   c. ☐ Other: (Please specify.) _____

2. Name of Plaintiff: Raymond Ellis Teague Sr
   Present mailing address: 305 W. 4th 57104 Sioux falls, South Dakota
   **(Failure to notify the Court of any change of address may result in dismissal of this action.)**

Institution/city where violation occurred: Sioux falls, South dakota

---

DSD 01-11

**CIVIL RIGHTS COMPLAINT**

Page 1 of 7

3.  Name of first Defendant: **Google**. The first Defendant is employed as: **Google** at **Google**
(Position and Title)                                          (Institution)
This Defendant is sued in his/her: ☐ individual capacity ☑ official capacity (check one or both)
Explain how this Defendant was acting under color of law: **Defimation**

4.  Name of second Defendant: _____. The second Defendant is employed as:
_____ at _____
(Position and Title)                                          (Institution)
This Defendant is sued in his/her: ☐ individual capacity ☐ official capacity (check one or both)
Explain how this Defendant was acting under color of law: _____

5.  Name of third Defendant: _____. The third Defendant is employed as:
_____ at _____
(Position and Title)                                          (Institution)
This Defendant is sued in his/her: ☐ individual capacity ☐ official capacity (check one or both)
Explain how this Defendant was acting under color of law: _____

6.  Name of fourth Defendant: _____. The fourth Defendant is employed as:
_____ at _____
(Position and Title)                                          (Institution)
This Defendant is sued in his/her: ☐ individual capacity ☐ official capacity (check one or both)
Explain how this Defendant was acting under color of law: _____

**(If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.)**

## B. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner? ☑ Yes ☐ No

2.  If your answer is "yes," how many lawsuits have you filed? **1**. Describe the previous lawsuits in the spaces provided below.

3.  First prior lawsuit:
    a.  Parties to previous lawsuit:
        Plaintiff: **Raymond E Teague Jr**
    **for Defimation rape Claim that was dismissed 2021. But still showing on google**

Defendants: Tasha Anderson and D. Foilus

b. Court: (If federal court, identify the district; if state court, identify the county.) _federal Court_

c. Case or docket number: _Dismissed rape Claim_

d. Claims raised: _Google Still showing my face and name on dismissed rape Claim_

e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending? _not sure_

f. Approximate date lawsuit was filed: _____

g. Approximate date of disposition: _____

4. Second prior lawsuit:
   a. Parties to previous lawsuit:
      Plaintiff: _____
      Defendants: _____
      _____

   b. Court: (If federal court, identify the district; if state court, identify the county.) _____
      _____

   c. Case or docket number: _____

   d. Claims raised: _____
      _____
      _____

   e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?
      _____

   f. Approximate date lawsuit was filed: _____

   g. Approximate date of disposition: _____

5. Third prior lawsuit:
   a. Parties to previous lawsuit:
      Plaintiff: _____
      Defendants: _____
      _____

   b. Court: (If federal court, identify the district; if state court, identify the county.) _____
      _____

   c. Case or docket number: _____

   d. Claims raised: _____
      _____
      _____

   e. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?
      _____

   f. Approximate date lawsuit was filed: _____

   g. Approximate date of disposition: _____

**(If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.)**

## C.  CAUSE OF ACTION

### COUNT I

1.  The following constitutional or other federal right has been violated by the Defendant(s): _____

    Defimation

2.  Count I involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)
    - ☐ Medical care    ☐ Access to the court    ☐ Mail
    - ☐ Disciplinary proceedings    ☐ Retaliation    ☐ Exercise of religion    ☐ Property
    - ☐ Excessive force by an officer    ☑ Threat to safety    ☐ Other: _____

3.  **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).

    People think I raped Tasha Anderson. this case been dismissed In 2021 but it still show on Google and caused me to threaten and attacked a few times

4.  **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).

    I was hit with a bat and Jumped by masked males

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes ☐ No
    b.  Did you submit a request for administrative relief on Count I?    ☐ Yes ☐ No
    c.  Did you appeal your request for relief on Count I to the highest level?    ☐ Yes ☐ No
    d.  If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. I been haveing a hard time trying to get Ilegal help

**CIVIL RIGHTS COMPLAINT**

## COUNT II

1. The following constitutional or other federal right has been violated by the Defendant(s): _____

   Defimation

2. Count II involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)
   - ☐ Medical care    ☐ Access to the court    ☐ Mail
   - ☐ Disciplinary proceedings    ☐ Retaliation    ☐ Exercise of religion    ☐ Property
   - ☐ Excessive force by an officer    ☐ Threat to safety    ☒ Other: Defimation

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).

   my face on Google make people believe that rape case actived and It has been dismissed since 2021. This makes It hard for me to get Job at fast food places, Temporay Companys, I can't even Sale an book to P.B.S kids or music I Been a writer since 2001 → with ASCAP music

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).

   I have no Income and if I go any where In america It end up worst.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II?    ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?    ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. I been trying to get Ilegal help

## COUNT III

1. The following constitutional or other federal right has been violated by the Defendant(s): _____

_____

_____

2. Count III involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)    □ Medical care    □ Access to the court    □ Mail
   □ Disciplinary proceedings    □ Retaliation    □ Exercise of religion    □ Property
   □ Excessive force by an officer    □ Threat to safety    □ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).

_____

_____

_____

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    □ Yes □ No
   b. Did you submit a request for administrative relief on Count III?    □ Yes □ No
   c. Did you appeal your request for relief on Count III to the highest level?    □ Yes □ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. _____

_____

**(If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.)**

## D. REQUEST FOR RELIEF

State briefly what you want the Court to do for you. I would like the Courts to grant me relief for Google Defimation of my face and name which has costed me hardship And still costing me hardship my Daughter, grandkids, Father who has the Same name, my brother and Sisters whom all live In Sioux falls South Dakota

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12-13-2025
_____   _Raymond Ellis Teague Jr_
DATE                          SIGNATURE OF PLAINTIFF

_Raymond Ellis Teague Jr (Self)_
(Name and title or paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If needed, you may attach additional pages. The form, however, must be completely filled in to the extent applicable.

Raymond E. Teague Jr # 2389306
305 W. 4th Street
Sioux Falls, SD 57104

EOC
806

FIRST-CLASS

US POSTAGE ™ PITNEY BOWES

ZIP 57104 $ 001.32⁰
02 7W
0008029200 DEC 16 2025

United States District Court
District of South Dakota
Office of the Clerk
400 s Phillips Ave Rm 128
Sioux falls, SD 57104

LEGAL MAIL



X-RAYED BY
SOUTH DAKOTA
CO