UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| RAYMOND E. TEAGUE, JR., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE, <br><br> Defendant. | 4:25-CV-04248-CBK <br><br><br> JUDGMENT <br> OF DISMISSAL |

The Court having entered its Order on March 17, 2026, it is hereby

ORDERED that Plaintiff's Complaint is summarily dismissed pursuant to 28 U.S.C. §
1915(e)(2)(B) as stated in the Order.

Dated this 17th day of March, 2026.



MATTHEW W. THELEN, Clerk

_____
Clerk